JOHN W. HUBER, United States Attorney (No. 7226)
DEE W. SMITH, Special Assistant United States Attorney (No. 8688)
Attorneys for the United States of America
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 MAY 16 P 3:41

DISTRICT OF UTAH

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TYLER JACOB TELFORD, Defendant. | **INDICTMENT** VIOS. 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; [Count I]; 26 U.S.C. § 5861(d), Possession of an Unregistered Short-barrel Shotgun; [Count II]; 26 U.S.C. § 5861(d), Possession of an Unregistered Short-barrel Shotgun. [Count III]. Case: 1:18-cr-43 Assigned To : Clark Waddoups Assign. Date : 5/16/2018 Description: USA v Telford |
|---|---|

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about March 10, 2018, in the Northern Division of the District of Utah,

**TYLER JACOB TELFORD,**

defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce a firearm, to wit; a New England Model SB1-Pardner 410 gauge shotgun; in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
28 U.S.C. § 5861(d)
(Possession of an Unregistered Short-barrel Shotgun)

On or about March 10, 2018, in the Northern Division of the District of Utah,

**TYLER JACOB TELFORD,**

defendant herein, did knowingly possess a firearm as defined in 26 U.S.C. § 5845(a), to wit; a New England Model SB1-Pardner 410 gauge shotgun, with a barrel length of less than 18 inches and an overall length of less than 26 inches, which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. § 5861(d).

## COUNT III
28 U.S.C. § 5861(d)
(Possession of an Unregistered Short-barrel Shotgun)

On or about March 22, 2018, in the Northern Division of the District of Utah,

**TYLER JACOB TELFORD,**

defendant herein, did knowingly possess a firearm as defined in 26 U.S.C. § 5845(a), to wit; a 410 gauge shotgun, with a barrel length of less than 18 inches and an overall length of less than 26 inches, which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. § 5861(d).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offenses this Indictment, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 and § 924, and 26 U.S.C. § 5845 and § 5861, including but not limited to the following:

- New England Model SB1-Pardner 410 gauge shotgun;
- 410 gauge short-barrel shotgun;
- 410 ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

Dee W. Smith
_____
DEE W. SMITH
Special Assistant United States Attorney